**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON VASQUEZ, | ) NO. CV 15-528-JAK(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ELVIN VALENZUELA, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 03/09/2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE